UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MCCLUSKY,<br><br>                                     Plaintiff,<br><br>v.<br><br>GOLDMAN SACHS BANK USA, et al.,<br><br>                                     Defendants. | Case No.:  22cv1547-LL (MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER WITH MODIFICATIONS [ECF NO. 57]** |

On May 22, 2023, the parties filed a "Stipulation Regarding Confidentiality and [Proposed] Protective Order."  (ECF No. 57.)  The Court construes this as a joint motion for entry of a protective order.  (See CivLR 7.2.)  For good cause shown, the Court **GRANTS** the joint motion with the following modifications:

- Paragraph 9(b) will be amended to:  "and the person(s) agreed upon pursuant to *paragraph 12* below."
- Paragraph 17 will be amended to:  "must be retained in the custody of Counsel for the receiving party identified in *paragraph 4*."

/ / /

/ / /

/ / /

The Stipulated Protective Order with these amendments will be filed separately on the docket.

**IT IS SO ORDERED.**

Dated:  May 23, 2023

Honorable Michael S. Berg
United States Magistrate Judge